# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
                        Appellant,
        vs.
THE STATE OF NEVADA,
                        Respondent.

No. 80103

**FILED**

JAN 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from district court orders "denying NRCP Rule 60(B) motion" and denying a "motion for leave to rehear NRCP Rule 60(b)(3) motion." Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from an order "denying NRCP Rule 60(B) motion" and an order denying a "motion for leave to rehear NRCP Rule 60(b)(3) motion" in a criminal matter. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *see also Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-00648

cc: Hon. Lynne K. Simons, District Judge
Frank Milford Peck
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk